

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00195-CV

TARRANT REGIONAL WATER
DISTRICT, Appellant

V.

SHANNA C. GRANGER AND PROST
PRODUCTION, LLC, Appellees

§  On Appeal from the 48th District Court

§  of Tarrant County (048-334056-22)

§  March 14, 2024

§  Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment dismissing Appellees Shanna C. Granger and Prost Productions, LLC's claims for want of jurisdiction.

It is further ordered that Appellees Shanna C. Granger and Prost Productions, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By \_\_/s/ Mike Wallach_____
    Justice Mike Wallach